UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

                Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2025

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Letter Motions dated December 2, 2024 and January 19, 2025, Plaintiff raised disputes regarding deficiencies in Defendants' discovery responses and disclosures. ECF Nos. 23, 26. For the reasons discussed during today's telephone conference, Plaintiff's Letter Motions are GRANTED IN PART.

    By January 28, 2025: Defendants are directed to serve objections, if any, to Plaintiff's proposed 30(b)(6) deposition topics.

    By February 4, 2025: (1) Defendants are directed to serve supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a); (2) Defendants are directed to identify the corporate representative(s) to be deposed pursuant to Federal Rule of Civil Procedure 30(b)(6) and propose dates for such depositions to take place; (3) Defendant Costco is directed to serve its responses and objections to Plaintiff's November 8, 2024 interrogatories; and (4) the parties are directed to meet and confer regarding a reasonable schedule to complete discovery and submit a proposed amended case management plan to the Court for approval.

By February 18, 2025: Defendant Falcon is directed to serve its responses and objections to Plaintiff's November 8, 2024 interrogatories.

Other discovery deadlines in this case are hereby adjourned to dates to be determined upon conferral of the parties and approval by the Court.

The Clerk of Court is respectfully directed to terminate the open Letter Motions at ECF Nos. 23 and 26 as GRANTED IN PART.

**SO ORDERED.**

Dated: January 21, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge