UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

              Plaintiff,

      -v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/1/2025_____

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a status conference on April 1, 2025 to discuss the progress of discovery in this case. As discussed with the parties during today's conference, the deadlines in this case are amended as follows:

- **May 30, 2025**: All fact discovery shall be completed.

- **August 28, 2025**: All expert discovery shall be completed.

  - Plaintiff's expert reports shall be served by **June 29, 2025**.

  - Any rebuttal expert reports shall be served by **July 29, 2025**.

  - All expert depositions shall be completed by **August 28, 2025**.

    In the case of any discovery disputes, the parties should follow Local Rule 37.2 as modified by Rule II.B.1 of the undersigned's Individual Rules and Practices for Civil Cases, except that any opposition to a letter motion seeking relief shall be filed within three business days.

    The parties are directed to submit a joint status report not to exceed three single-spaced pages regarding the progress of discovery in this case by **May 1, 2025**.

1

**SO ORDERED.**

Dated: April 1, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge