USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

        Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

        Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a status conference by telephone to address the status of discovery in this action. The current discovery deadlines pursuant to the Court's April 1, 2025 Order at ECF No. 35 remain in effect.

    A further status conference is scheduled on **May 14, 2025**, at **4:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 218 145 546#).

**SO ORDERED.**

Dated: May 8, 2025
      New York, New York

                              Henry J. Ricardo
                              United States Magistrate Judge