UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

                Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss the status of discovery in this case. For the reasons discussed during today's conference, all discovery deadlines in this case are adjourned *sine die*. A new schedule for discovery will be set during the conference scheduled on **August 20, 2025**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 567 764 401#).

    The parties are directed to meet and confer in advance of the August 20 conference. By **August 1, 2025**, the parties shall meet and confer regarding search terms for Defendant Falcon's documents. By **August 8, 2025**, Defendant Falcon is directed to run a hit report for the search terms resulting from the parties' meet and confer. By **August 15, 2025**, the parties shall meet and confer and submit to the Court a joint status report proposing a schedule to bring discovery to a close.

**SO ORDERED.**

Dated: July 23, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge