```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

                Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

                Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated October 8, 2025, Plaintiff requested a conference regarding discovery in this case. ECF No. 56. Any response to Falcon Safety Product Inc.'s letter motion is due by **October 16, 2025**.

A conference is scheduled on **October 22, 2025**, at **11:30 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 626 291 153#).

**SO ORDERED.**

Dated: October 9, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1