```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

            Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

            Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference regarding discovery in this case. For the reasons discussed during today's conference, the deadlines in this case are amended as follows:

- Defendant Falcon's document production in response to Plaintiff's outstanding document requests shall be transmitted to its e-discovery vendor by **October 27, 2025 at 1:00 p.m. E.T.** and shall be produced to Plaintiff by **October 30, 2025**.

- The deposition of Defendant Falcon's Rule 30(b)(6) witness shall be held on or before **December 19, 2025**. Defendant Falcon is directed to confirm the date that its Rule 30(b)(6) deposition will proceed by **December 1, 2025**.

- The deposition of Defendant Costco's Rule 30(b)(6) witness shall be held on or before **January 9, 2026**. Defendant Costco is directed to confirm

1

the date that its Rule 30(b)(6) deposition will proceed by **December 1, 2025**.

- All fact discovery shall be completed by **February 20, 2026.**
- Plaintiff shall serve his expert disclosures by **March 20, 2026**.
- Defendants shall serve their expert disclosures by **April 20, 2026**.
- All expert discovery, including depositions, shall be completed by **May 20, 2026**.

Defendant Falcon was warned on the record during today's conference and is warned in this Order, that noncompliance with its discovery obligations and Court orders may result in the imposition of sanctions pursuant to Rule 37(b), including preclusion, adverse inference, or striking of Falcon's pleadings.

**SO ORDERED.**

Dated: October 22, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge