UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

JOHN TAGLIARINO,

        Plaintiff,

        -v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

        Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's March 27, 2026 letter motion, ECF No. 65 (the "Letter Motion"), requesting a pre-motion conference regarding an anticipated motion for sanctions. Defendants are directed to file a response to the Letter Motion by **April 6, 2026.** The undersigned will hold a pre-motion conference via phone on **April 15, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 429 722 78#).

**SO ORDERED.**

Dated: March 30, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge