UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

               Plaintiff,

        -v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2026

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on April 15, 2026 to address Plaintiff's letter motion ("Plaintiff's Motion"), ECF No. 65, and Defendant Falcon Safety's response, ECF No. 67. For the reasons described during the conference, Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART**.

Defendant Falcon Safety shall prepare for further 30(b)(6) testimony on the decision-making process that went into the labeling that appeared on the product that Plaintiff purchased.

Defendant Falcon Safety shall undertake further searches regarding the 2022 Bureau Veritas testing and the CPSC communications to answer the questions its witness, Phillip M. Lapin, was not able to answer. Falcon Safety should aim to discover what, if any, resolutions were reached regarding these matters and prepare for additional 30(b)(6) testimony on these topics.

No further 30(b)(6) testimony shall be compelled on SDS-versus-label divergence.

Defendant Falcon Safety shall undertake a search for documents and prepare for 30(b)(6) testimony on what, if any, impact market research, including focus groups, had on the label for the product Plaintiff purchased.

The Parties shall confer further about trying to identify documents relevant to internal flammability testing.

Defendant Falcon Safety shall prepare for further 30(b)(6) testimony about what, if any, policies were in place concerning document retention and storage before Falcon Safety was sold.  Falcon Safety should also prepare to testify about the disposition of documents at the time of the sale.

Except as granted above, Plaintiff's Motion is otherwise **DENIED.**

Lastly, the deadlines in this case are amended as follows:

- The deposition of Defendant Falcon's Rule 30(b)(6) witness shall be held on or before **May 20, 2026**.

- The deposition of Defendant Costco's Rule 30(b)(6) witness shall be held on or before **June 10, 2026**.

- All fact discovery shall be completed by **July 22, 2026.**

- Plaintiff shall serve his expert disclosures by **August 19, 2026**.

- Defendants shall serve their expert disclosures by **September 17, 2026**.

- All expert discovery, including depositions, shall be completed by **October 18, 2026**.

**SO ORDERED.**

Dated: April 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge