UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/14/2026

JOHN TAGLIARINO,

Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a pre-motion conference on an anticipated motion to compel ("Plaintiff's Motion"). ECF No. 72. Defendants are directed to respond to Plaintiff's Motion by **July 22, 2026**.

A conference is scheduled for **July 24, 2026,** at **2:30 p.m.** by telephone to discuss Plaintiff's Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 401 152 30#).

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge