USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TAGLIARINO,

Plaintiff,

-v-

FALCON SAFETY PRODUCTS, INC., ET AL.,

Defendants.

**ORDER**

24-CV-6060 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on July 24, 2026 to discuss the discovery issues raised in Plaintiff's July 13, 2026 letter motion. ECF No. 72. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

- The Parties shall complete their Rule 30(b)(6) depositions by **September 30, 2026**. The Parties shall confer and set a specific date for the Falcon Safety Products, Inc. depositions by **August 7, 2026**.
- Defendant Falcon Safety Products, Inc. shall complete their supplement ESI production by **August 31, 2026**.
- Both Defendants shall serve their written responses and objections to the Second Request for Production by **August 13, 2026**.

Plaintiff's request for the imposition of sanctions is **DENIED. However, the Parties have been warned and are warned again that failure to follow this order could result in the imposition of sanctions.** The Clerk of Court is

respectfully directed to terminate the letter motion at ECF No. 72 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: July 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge